# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CRAIG HORNSBY and PRESTIGE NISSAN, INC.**, <br><br> Plaintiffs, <br><br> v. <br><br> **THOMASVILLE NOTEHOLDER, LLC, FLOWERS AUTOMOTIVE, LLC, and DAVID FLOWERS,** <br><br> Defendants. | Civil Action No. 7:14-CV-78 (HL) |

## ORDER

On August 1, 2014, the Court entered an order denying Plaintiffs' motion for a temporary restraining order. Since that time, Plaintiffs have taken no further action. It further appears from the Court's docket that the Defendants have not yet been served with a copy of Plaintiffs' Amended Complaint.

Counsel for Plaintiffs is ordered to notify the Court of the status of this case by no later than October 31, 2014. Failure to do so may result in dismissal.

**SO ORDERED** this 27th day of October, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks